IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JANICE FOSTER                                                                                    PLAINTIFF

VS.                                                                          CAUSE NO.: 1:06CV266-SA-JAD

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                                        DEFENDANT

## ORDER OF DISMISSAL

This cause comes on for consideration on Joint Motion to Dismiss filed by the parties. The Parties have informed the Court that they have reached a settlement, and the matter should be dismissed with prejudice. Thus, the matter is DISMISSED with prejudice.

So **ORDERED**, this the 6th day of August, 2008.

/s/ Sharion Aycock
U.S. DISTRICT COURT JUDGE